FILED
UNITED STATES DISTRICT COURT CLERKS OFFICE
DISTRICT OF MASSACHUSETTS

2004 OCT 12  A 9:44

U.S. DISTRICT COURT
DISTRICT OF MASS.

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal No. 04-CR-10314-RCL |
| ) | |
| (1) MANUEL E. PINALES, ) | |
| (2) JOSE ANTONIO CRUZ, ) | |
| a/k/a "Eduardo LNU" ) | |
| (3) LUIS R. CLAS, ) | |
| a/k/a "Cuba" ) | |
| (4) RICHARD PENA, and ) | |
| (5) TAJH M. WHITE ) | |

### GOVERNMENT'S MOTION TO UNSEAL INDICTMENT

The United States of America hereby moves this Court to direct that the indictment be unsealed. In support of this motion, the government states that four of the defendants were arrested on October 8, 2004, and are entitled to be presented with the indictment.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By: /s/ Maureen B. Hogan
Maureen B. Hogan
Assistant U.S. Attorney

Date: October 12, 2004

*[Handwritten sideways margin note: October 12, 2004. Allowed. Marianne B. Bowler, USMJ]*