# UNITED STATES DISTRICT COURT

## DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

v.

**MANUEL E. PINALES,
JOSE ANTONIO CRUZ a/k/a "Eduardo LNU,"
LUIS R. CLAS a/k/a "Cuba,"
RICHARD PENA, and TAJH M. WHITE**

**WARRANT FOR ARREST**
Case Number: 04-10314-RCL

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest **LUIS R. CLAS**
                                        Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

[X] INDICTMENT [ ] INFORMATION [ ] COMPLAINT [ ] ORDER OF COURT [ ] VIOLATION OF NOTICE [ ] PROBATION VIOLATION PETITION

CHARGING HIM OR HER WITH (brief description of offense)

**Conspiracy to Distribute Cocaine
Distribution of Cocaine**

in violation of Title __21__ United States Code, Section(s) __846, 841__

Name of Issuing Officer

Signature of Issuing Officer

Bail fixed at $ _____

**UNITED STATES MAGISTRATE JUDGE**
Title of Issuing Officer

Boston, MA;
Date and Location

HON. ROBERT B. COLLINGS
UNITED STATES MAGISTRATE JUDGE
BY   United States District Court
United States Courthouse, - Suite 6420
1 Courthouse Way
Boston, MA 02210

RECEIVED
U.S. MARSHAL SERVICE
BOSTON, MA
2004 OCT -7 A 9:56

## RETURN

THIS WARRANT WAS RECEIVED AND EXECUTED WITH THE ARREST OF THE ABOVE NAMED DEFENDANT AT _____

WARRANT EXECUTED BY DEA
BY ARREST/ARRAIGNMENT OF THE
DEFENDANT ON 10/6/04

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |