AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

DISTRICT OF Massachusetts

U.S.

v.

Luis Cuas

**APPEARANCE**

Case Number: 04-10314-RCL

*[Stamp: UNITED STATES DISTRICT COURT DIST OF MASS. FILED IN OPEN COURT DATE: 10-18-04 [signature] Deputy Clerk 2:35pm]*

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for  Cuas —

Limited appearance for detention hearing

I certify that I am admitted to practice in this court.

Date: 10/18/04

Signature: [signature]

Print Name: Elliot M. Weinstein     Bar Number: 520400

Address: 228 Lewis Wharf

City: Boston    State: MA    Zip Code: 02110

Phone Number: 617-367-9334    Fax Number: 617-367-7358