AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

DISTRICT OF     MASSACHUSETTS

| UNITED STATES V. LUIS CLAS, RICHARD PENA | **EXHIBIT AND WITNESS LIST** Case Number: 04-10314-RCL |
|---|---|

| PRESIDING JUDGE BOWLER | PLAINTIFF'S ATTORNEY MAUREEN HOGAN | DEFENDANT'S ATTORNEY WEINSTEIN, WILSON |
|---|---|---|
| TRIAL DATE (S) 10/22/04, 11/4/04 | COURT REPORTER DIGITAL | COURTROOM DEPUTY SACCOCCIO |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
|  |  | 10/22/04 |  |  | AGENT JEAN DROUIN |
|  |  | 11/4/04 |  |  | AGENT JEAN DROUIN |
| 1 |  | 11/4/04 | X | X | AFFIDAVIT OF AGENT DROUIN |
| 2 |  | 11/4/04 | X | X | LINE SHEETS |
| 3 |  | 11/4/04 | X | X | LINE SHEETS WITH CALLS FROM DOMINICAN REPUBLIC |
| 4 |  | 11/4/04 | X | X | LINE SHEETS |