UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CRIMINAL ACTION NO. 04-10314-RCL

**UNITED STATES OF AMERICA**

**v.**

**LUIS CLAS**
**a/k/a "Cuba"**
**RICHARD PENA**

<u>**ORDER OF VOLUNTARY DETENTION**</u>

**NOVEMBER 5, 2004**

**BOWLER, Ch.U.S.M.J.**

On November 4, 2004, defense counsel stated in open court that their clients would enter into a period voluntary detention without prejudice. This court will reopen the issue of detention upon motion of either of the defendants.

It is therefore **ORDERED** that the defendants be detained. This court orders the defendants detained subject to the following conditions:

> (1)  The defendants be, and they hereby are, committed to the custody of the Attorney General for confinement in a corrections facility, separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;
>
> (2)  The defendants be afforded reasonable opportunity for private consultation with their counsel; and
>
> (3)  On Order of a court of the United States or on

request of an attorney for the government, the person in charge of the corrections facility in which the defendants are confined deliver the defendants to an authorized Deputy U.S. Marshal for the purpose of any appearance in connection with a court proceeding.

/s/ Marianne B. Bowler
**MARIANNE B. BOWLER**
Chief United States Magistrate Judge