United States District Court
District of Massachusetts

United States of America ) Crim. No
V.                        )   25 384 038
Luis R. Clas              )

## Motion to dismiss private counsel and to "re-assign" public counsel that the court appointed

Now comes the defendant, Luis R. Clas, who respectfully moves this Honorable Court pursuant to the Criminal Justice Act, That Elliot M. Weinstein withdraw, and that the court appoint him new counsel.

1. As reasons therefore, Because of irreconcilable differences between Elliot M. Weinstein and the defendant. "In reference to Disagreement in Case Strategy".

2. Defendant has become indigent and is unable to continue to pay for a Private Attorney.

Please, See: Attached by the Defendant to

Support this motion.

Respectfully Submitted,

*Luis R Clas* (signature)

Luis R. Clas
26 Long pond Rd
Plymouth, Ma. 02360.

Date: 3-14-05