United States District Court
District of Massachusetts

FILED
CLERKS OFFICE
2005 MAR 16 P 2:22
U.S. DISTRICT COURT
DISTRICT OF MASS

United States of America ) crim No.
V. ) 25 384 038
Luis R. Clas )

---

Affidavit in Support of Motion to Dismiss private Counsel and to "re-assign" public counsel that the Court appointed

---

Under Oath I Luis R. Clas states the Following;

1. I Luis R. Clas in the above entitled case is being held at the Plymouth County Correctional facility.

2. Luis R. Clas is herein after the defendant.

3. On my arrangement this Honorable Court appointed me counsel

4. After, I was arranged my family said they would help me retain a

private Attorney.

5. As time goes by, I do not have enough Funds to Afford private Counsel.

6. Private Counsel is obvious not Satisfied with the funds I already gave him.

7. Failure of Counsel to act with defendant's best interest in mind

8. Breakdown in Communication "Counsel won't even talk to Client.

9. To Prove that the defendant is being deprive of Counsel Performance in the above matter
    A. Counsel won't take any phone Calls from the defendant
    B. Counsel won't come and Visit the defendant
    C. Counsel won't file motions" and won't explore plea agreements with the government.

The above is true under the penalties of perjury

Sign: [signature] R Clas
Date: 3-14-05


Date: 3-14-05    Respectfully Submitted
[signature] R Clas
Luis R. Clas
26 Long pond Rd
Plymouth, Ma. 02360