United States District Court
District of Massachusetts

United States of America ) Crim No:
V.                       )          25384038
Luis R. Clas             )

---

### Motion For Funds to Hire a Private Investigator

---

Now comes the defendant, Luis R. Clas, who respectfully moves this Honorable Court pursuant to the Criminal Justice Act, that he be given funds not to exceed $2,500.00, for the hiring of a private investigator to assist in the preparation of his defense.

As reasons therefore, the Defendant says:

1. He is indigent and without funds to pay for an investigator, but for his indigency, the services of a private investigator would be secured.

2. The investigator is necessary in order to prepare an adequate defense to the serious charges pending against him

3. The requested funds are reasonable.

4. The interests of Justice would be served if this motion were "allowed".

Respectfully Submitted

Date: 3-14-05

Luis R. Clas
Luis R. Clas
26 Long Pond Rd.
Plymouth, Ma. 02360

United States District Court
District of Massachusetts

United States of America )
V                        ) Crim No:
Luis R. Clas             ) 25 384038

Certificate of Service

I Luis R. Clas, hereby certify that I have this 14 day of March, 2005, served a copy of the followings:

1. Motion to dismiss private counsel and to "re assign" public counsel that the court appointed

2. Affidavit

3. Motion For Funds to Hire a private investigator

by mail the same, by First Class mail, to Maureen Hogen AUSA. one courthouse way, Boston, Ma. and to Elliot Weinstein 228 Lewis Wharf, Boston, Ma.

Date: 3-14-05         _____
                      Luis R. Clas