UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.    )<br>)<br>(1) MANUEL E. PINALES,    )<br>(2) JOSE ANTONIO CRUZ,    )<br>   a/k/a "Eduardo LNU"    )<br>(3) LUIS R. CLAS,    )<br>   a/k/a "Cuba"    )<br>(4) RICHARD PENA, and    )<br>(5) TAJH M. WHITE    )<br>   ) | Criminal No. 04 CR 10314 RCL |

**JOINT MOTION TO CONTINUE HEARING**
**REGARDING DEFENDANT'S MOTION TO APPOINT COUNSEL**

The United States of America and the Defendant, Luis Clas, hereby move this Court to continue the hearing regarding the Defendant's Motion to Appoint Counsel, presently scheduled for March 28, 2005 at 2:30 p.m. to April 19, 2005.  As reasons therefore, the parties state that defense counsel in involved in a trial that is expected to last until April 15, 2005 and the attorney for the government is out of the office on March 28, 2005.

Dated: March 24, 2005    Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By:    /s/ Maureen B. Hogan
       Maureen B. Hogan
       Assistant U.S. Attorney


LUIS CLAS
By his attorney,

/s/ Elliot M. Weinstein
Elliot M. Weinstein, Esq.
Davis, Robinson & White

One Faneuil Hall Marketplace
Boston, MA 02109

Date: October 12, 2004