**SEALED DOCUMENT**

Case 1:04-cr-10314-GAO    Document 42    Filed 04/12/2005    Page 1 of 1