United States District Court
District of Massachusetts

United States of America
V.
Luis Clas
} Crim No: 25384038

### Affidavit by Luis Clas

Under oath I, Luis Clas state the following:

1. I, Luis Clas, currently a inmate at the Plymouth County Correctional Facility in Plymouth, Ma.

2. Luis Clas is herein after the defendant.

### Fact

On April 15, 2005 I was brought into this Court on a motion to appoint Public Counsel and Dismiss my private Counsel due to a Conflict Interest. This Honorable court appointed New Counsel to represent me.

New Counsel has failed to contact the

defendant. Counsel never gave the defendant his or her card. Defendant doesnt even know the name of his new counsel. Counsel has not came up to the jail to contact the defendant. Defendant needs adequate representation by his attorney. He is requesting that this court contact his unknown attorney and order him or her to contact his client. Defendant states he is being charge with a serious crime and needs to talk to his counsel immediately. As a alternative, If necessary please appoint new counsel.

The above is true under penalties of perjury Dated April 30, 2005

Respectfully Submitted

Luis Clas
Luis Clas
26 Long pond Rd
Plymouth, Ma. 02360

Certificate of Service

I, Luis Clas hereby certify that this Affidavit was delivered via 1st Class mail to the Clerk of Courts and ADA Maureen Hogen at the United States Courthouse, One Courthouse Way, Boston, Ma. 02210.

Date: April 30, 2005

Luis Clas
26 Long Pond Rd
Plymouth, Ma. 02360