Criminal Clerk

UNITED STATE Dist. Court
1 Courthouse way, Suite
2300
Office of the Clerk
Boston MA 02210

PCCF
26 Long Pond Rd
DATE. Aug 16, 05

RE: USA V Luis Clas

Please, send me the docket Sheet(s) for the following docket Number(s):

(1) 1:04-cr-10314-RCL-ALL

Enclosure

Very Truly Yours
Luis Clas
pro se

Please, I would like any copy of the discoveries Sheet's