FILED
IN CLERKS OFFICE.

9/22/05

Honorable Judge Lindsey

2005 SEP 26 P 3: 16

U.S. DISTRICT COURT
DISTRICT OF MASS.

Dear judge How are you I Hope by the time
When you receive this letter you doing well


My name is

Richar peña  ID 03576
I'm writing to Ask you For a Favor
Right now I need to Change my Lawyer
because My Family They Can't keep paing Him
Anymore we don't Have not money to pay His
Serve. I Hope you Can Help me to Change
Mr. Barry P. Wilson.

That's it my Case number
04 - 10314 - PCL

Senceley
Richar peña