UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETSS

United States of America, )
                Plantiff, )   Crim. Docket. No. 25 384038
v.                        )
Luis R. Clas,             )   Magist. Judge _____
        Deffendant.       )
                          )
_____X

"Motion to Dismiss Counsel and to Appoint a New Counsel"

NOW COMES the Defendant, Luis R. Clas, in the above captioned matter, and respectfully moves this Honorable Court to dismiss his appointed counsel and to appoint new counsel to represent my interests.

In support thereof, the Defendant asserts as follows:

1. The Defendant is not in agreement on strategy adopted in the case,

2. There appears to be a lack of communication and understanding between the Defendant and his attorney,

3. Defendant has been detained for the past ___ months, and is not satisfied with the progress in the case.

- 1 -

5. I claim that my attorney fails to present my best interests;

6. I believe that prolonging this case adopting strategies as he has, is harmful as I remain incarcerated.

I, Luis R. Clas, hereby declare under penalty of pains and perjury that the foregoing statements are true and correct.

Dated: Dec. 8, 2006

Respectfully Submitted,

*Luis Clas*
Luis R. Clas
26 Long Pond Road
Plymouth, MA 02360