UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CR 04-10314-RCL

United States of America
  Plaintiff,

v.

Luis R. Clas
  Defendant

) District Docket No. 25 384038
) Magist. Judge _____
)

FILED
CLERKS OFFICE
2006 DEC 11 P 2:28
U.S. DISTRICT COURT
DISTRICT OF MASS.

"Affidavit in Support of"
"Motion to Dismiss Counsel and to Appoint a New Counsel"

Defendant, Luis R. Clas, hereby deposes and says:

1. I am the Defendant in the above entitled matter, currently detained at the Plymouth County Jail; and make this affidavit in support of Motion to dismiss counsel and Appointment of New Counsel.

2. I am indigent and unable to afford retaining a private attorney;

3. I am confident that for the reasons set forth in the "Motion to dismiss Counsel and Appoint a new Counsel, noting that I am facing "serious" charges;

4. I believe that there is a lack of misunderstanding between me and my attorney;

(1)

4. Defendant is facing serious charges and believe that his present attorney is not presenting his best interests.

WHEREFOR, Defendant prays this Honorable Court dismiss his Counsel on record, and appoint him a new attorney as he remains indigent.

Dated: Dec. 8, 2006

Respectfully Submitted

*Luis Clas*
Luis R. Clas
26 Long Pond Road
Plymouth, MA 02360