UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.            ) | CRIMINAL NO. 04-10314 |
| ) | |
| LUIS CLAS, ) | |
| RICHARD PENA, ) | |
| TAJH WHITE, ) | |
| AQUILES TEJEDA, ) | |
| MARCUS MITCHELL, ) | |
| CANDIDO SANTOS, ) | |
| MARK COLLINS, ) | |
| JOSE OBIJO ) | |
| Defendants    ) | |

GOVERNMENT'S ASSENTED TO MOTION TO EXCLUDE TIME

Now comes the United States, by its attorneys, Michael J. Sullivan, United States Attorney, and David G. Tobin, Assistant U.S. Attorney, and hereby moves to exclude from all Speedy Trial Act calculations the period of time from January 9, 2007 (the date of the most recent status conference) to and including March 5, 2007 (the date of the next status conference) (excludable delay pursuant to 18 U.S.C. § 3161(h)(1)(F) and § 3161(h)(8)(A)). The requested delay is in the interests of justice and outweighs the best interests of the public and the defendants in a speedy trial. The defendants, through counsel, assented to this request during the status conference held on January 9, 2007.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By: /s/ David G. Tobin
DAVID G. TOBIN
Assistant U.S. Attorney