IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | Criminal No. 04-10314-RCL |
| v. ) | |
| ) | |
| LUIS CLAS ) | |
| ) | |

## INFORMATION

**COUNT ONE:**   (Title 21, United States Code, Section 851 -- Notice of Prior Conviction)

The United States Attorney Charges that:

1. On or about June 15, 1994, LUIS CLAS, a/k/a Rafael Heredia, was convicted in the Circuit Court of the Eleventh Judicial Circuit in and for Dade County, Florida, of Trafficking in Cocaine and Conspiracy to Traffic in Cocaine, in violation of Florida Offense Statutes 893.135 and 777.04. A copy of the judgment setting forth said conviction is attached hereto.

2. By way of this information, the government notifies LUIS CLAS, a/k/a Rafael Heredia, that he is charged with committing the crimes alleged in said Indictment after having been previously convicted of a felony drug offense as set out in paragraphs 1 above.

All in keeping with Title 21, United States Code, Section 851(a)(1).

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

BY: *(signature)*

SHARRON KEARNEY
Assistant U.S. Attorney

## CERTIFICATE OF SERVICE

This is to certify that on _____, 2007, I have served a copy of the foregoing document by mail to counsel for LUIS CLAS, a/k/a/ Rafael Heredia as follows:

Michael J. Liston, Esquire
2 Park Plaza, Suite 610
Boston, MA 02116

_____
SHARRON KEARNEY
Assistant U.S. Attorney