UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
                                    )
UNITED STATES OF AMERICA            )
                                    )
                                    )
         v.                         )   CRIMINAL NO.
                                    )   04 − 10314 − RCL
LUIS CLAS                           )
                                    )
_____)


**DEFENDANT'S RESPONSE TO "INFORMATION" FILED
UNDER 21 U.S.C. § 851 ON FEBRUARY 7, 2007**

The defendant, whom the government identifies as "Luis Clas a/k/a/ Rafael Heredia," objects to and responds to the Information filed by the government on or about February 7, 2007 and purporting to notify "Luis Clas, a/k/a/ Rafael Heredia" of a prior drug trafficking conviction in the Circuit Court of the Eleventh Judicial Circuit in and for Dade County Florida.

Pursuant to his rights under the 5th and 6th Amendments to the United States Constitution, the defendant does not admit and puts the government to its proof that he is the person the government claims was convicted of the alleged prior offense or that he is subject to any enhanced sentence as the result of any prior conviction. The defendant, notwithstanding 21 U.S.C. § 851(c)(1) and pursuant to his 6th Amendment rights, demands a trial by jury on all issues the government's "Information" purports to address, specifically including, without limitation, that he is in fact the person the

government claims was convicted in the Circuit Court of the Eleventh Judicial Circuit in and for Dade County Florida.

By his attorney,

s/ Michael J. Liston
_____
Michael J. Liston BB0# 301760
2 Park Plaza, Suite 610
Boston, MA  02116
(617) 426-2281

Dated:  February 21, 2007

### CERTIFICATE OF SERVICE

I, Michael J. Liston, do hereby certify that this document, filed through the ECF system, will be sent electronically to the registered participants identified on the Notice of Electronic Filing (NEF) and that paper copies will be sent to those indicated as non registered participants on this date, February 21, 2007.

s/ Michael J. Liston
_____
Michael J.  Liston

2