UNITED STATES DISTRICT COURT
COMMONWEALTH OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

UNITED STATES OF AMERICA

2007 APR -9 P 2: 15

v.

U.S. DISTRICT COURT
DISTRICT OF MASS.

DOCKET NO. 1:04-cr-10314-RCL-3

Luis Clas

## MOTION TO DISMISS APPOINTED ATTORNEY AND TO APPOINT NEW ATTORNEY

NOW COMES the Defendant, Luis Clas, in the above matter, and moves this Honorable Court to dismiss my appointed attorney and to appoint a new attorney to represent my interests.

The reasons that I make this request are:

(X)  Disagreement on strategy;

( )  Failure to obtain a bail appeal;

(X)  Lack of understanding between me and my attorney;

(X)  Failure to present my best interests;

(X)  Other:

Refuses to seek legal remedy through research I have conducted in my case - I am facing serious offenses and lengthy sentence and do not feel secure in his presence in the Court room.

Date:

Respectfully submitted,

*Luis Clas*
, Pro Se

26 Long Pond Road
Plymouth, MA 02360