```
                UNITED STATES DISTRICT COURT
                 DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA      )
                              )     CR. NO. 04-10314-RCL
        v.                    )
                              )
MANUEL PINALES,et al          )
                              )
                              )
                              )
```

ASSENTED TO MOTION TO EXCLUDE TIME

The United States respectfully moves this Court for an Order excluding for purposes of the Speedy Trial Act the time period from September 12, 2007, through the status conference date set for November 14, 2007. As reasons therefore, the United States submits that exclusion of the time would be in the interests of justice. The defendants' attorneys have assented to this motion.

```
                        Respectfully submitted,

                        MICHAEL J. SULLIVAN
                        United States Attorney

                            By: /s/Sharron A. Kearney
                            SHARRON A. KEARNEY
                            Assistant U.S. Attorney
```

Date: September 12, 2007