```
                    UNITED STATES DISTRICT COURT
                     DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA         )
                                 )    CR. NO. 04-10314-RCL
        v.                       )
                                 )
3.  RAFAEL HEREDIA               )
8.  MARCUS MITCHELL              )
9.  CANDIDO SANTOS,              )
10. MARK COLLINS                 )
```

ASSENTED TO MOTION TO EXCLUDE TIME

The United States respectfully moves this Court for an Order excluding for purposes of the Speedy Trial Act the time period from April 23, 2008, through October 27, 2008, the date now set for the trial to commence. As reasons therefore, the United States submits that exclusion of the time is based on the continuance of the trial requested by the defendants in order to review evidence, prepare for trial, and engage in plea negotiations, as stated in open court this date. Accordingly, the continuance and consequent exclusion of time is in the interests of justice. Counsel for the each of the defendants assent to this motion.

                          Respectfully submitted,

                          MICHAEL J. SULLIVAN
                          United States Attorney

                     By:  /s/ Theodore B. Heinrich
                          THEODORE B. HEINRICH
                          Assistant U.S. Attorney

## Certificate of Service

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing.

      /s/ Theodore B. Heinrich
      Theodore B. Heinrich
      Assistant U.S. Attorney

Date: April 23, 2008