(1)

4/27/08

To: Honorable Reginald Lindsay

From: Mr. Luis R. Clas # 38716
DN3 # 404
P.C.C.F                                                docket # 1:04-cr-10314-RCL-3
26 Long Pond Road
Plymouth, MASS 02360

RE: REAPPOINTMENT OF COUNSEL DUE TO NO CLIENT/
    ATTORNEY COMMUNICATION.

Dear Mr. Lindsay,

I am writing you in regards to my federally appointed counsel Mr. Eduardo Masferrer. I've been incarcerated for over 40 months and for the last year I haven't had any contact from this attorney. Either by way of correspondance, phone or visit.

I have no way of knowing what motions, trial strategy or preparation that is being done on my behalf. I've personally written him letters and constantly have tried to reach him by phone to no avail. (see docket entry)

As of this date, I do not know what to do about him, this case or my next court appearance.

I am humbly requesting a new attorney to handle my case and get me before you. Thank you for your time and attention to this very important matter.

Respectfully,
Luis Clas

C.C. F.R